Andrew J. O'Connell, appellant, v. Jacob Myers, appellee. Gen. No. 26,820.

Action for damages for personal injuries received by plaintiff when struck by defendant's automobile. Verdict and judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed December 19, 1921.

Harry H. Felgar, for appellant; Johnson & Herr, of counsel.

Morris G. Leonard, for appellee; Alvin E. Stein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

W. H. Emerson, appellant, v. North American Transportation & Trading Company, appellee. Gen. No. 26,829.

Action upon a certificate of deposit. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Knapp & Campbell, for appellant; John R. Cochran and Leonard Ferris Martin, of counsel. Judah, Willard, Wolf & Reichmann, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Elsie Holden, appellee, v. Yellow Cab Company, appellant. Gen. No. 26,876.

Action for damages for personal injuries received upon being struck by defendant's taxicab. Judgment for plaintiff for $3,000. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

D'Ancona & Pflaum and John E. Kehoe, for appellant. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

William D. Diffenbaugh, appellee, v. Adolph Eckhaus, appellant. Gen. No. 26,913.

Action for damages for personal injuries received in a collision between the automobiles of plaintiff and defendant. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter, of counsel. Finn & Miller, for appellee.

Mr. Justice McSurely delivered the opinion of the court.